**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: PORTFOLIO RECOVERY ASSOCIATES,
LLC, TELEPHONE CONSUMER PROTECTION ACT
(TCPA) LITIGATION                                                       MDL No. 2295

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 08, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

**IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**  MDL No. 2295

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| CAS | 3 | 15–01449 | AZ | 2 | 15–00841 | Matos v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13–00791 | AZ | 3 | 12–08187 | Skarbakka et al v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17–01472 | CAC | 2 | 17–04260 | Tamara Morris et al v. Portfolio Recovery Associates LLC et al |
| CAS | 3 | 13–01037 | CAC | 5 | 13–00159 | Rosie Lara v. Portfolio Recovery Associates LLC |
| CAS | 3 | 14–01492 | CAC | 5 | 14–00998 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14–01493 | CAC | 5 | 14–00999 | Deon Thomas v. Portfolio Recovery Associations, LLC |
| CAS | 3 | 14–01701 | CAC | 5 | 14–01254 | Deon Thomas v. Portfolio Recovery Associations LLC |
| CAS | 3 | 15–02618 | CAC | 8 | 15–01768 | Jacqueline Taylor v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16–02281 | CAC | 8 | 16–01539 | Michelle Truong v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–00299 | CAN | 3 | 14–05175 | Herrero v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02007 | FLM | 2 | 16–00124 | Piller v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–00303 | FLM | 3 | 13–01588 | Neese v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–00480 | FLM | 3 | 14–00010 | Phan v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16–01848 | FLM | 3 | 16–00731 | Ashe v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02532 | FLM | 5 | 16–00570 | Whitler v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~11–03006~~ | ~~FLM~~ | ~~6~~ | ~~11–00582~~ | ~~Harvey v. Portfolio Recovery Associates, LLC~~ Vacated 12/8/23 |
| CAS | 3 | 15–02432 | FLM | 6 | 15–01587 | Nichols v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02489 | FLM | 6 | 16–01563 | Chrisman v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13–01987 | FLM | 8 | 13–01790 | Domingo v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13–01988 | FLM | 8 | 13–01791 | Seay v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13–02416 | FLM | 8 | 13–02146 | Renfrow v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–00039 | FLM | 8 | 13–03044 | Gaza v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–01640 | FLM | 8 | 13–03061 | Shearer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–01936 | FLM | 8 | 14–01679 | Turner v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–01108 | FLM | 8 | 15–01004 | Williams v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–02292 | FLM | 8 | 15–02074 | McPherson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–02381 | FLM | 8 | 15–02200 | Streeter v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–00772 | FLM | 8 | 16–00128 | Stevenson v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~16–02938~~ | ~~FLM~~ | ~~8~~ | ~~16–03029~~ | ~~Crayder v. Portfolio Recovery Associates, LLC.~~ Vacated 12/8/23 |
| CAS | 3 | 17–01411 | FLM | 8 | 17–01190 | Heller v. Bank of America, N.A. et al |
| CAS | 3 | 17–01471 | FLM | 8 | 17–01436 | Stroud v. Portfolio Recovery Associates LLC |
| CAS | 3 | 17–01545 | FLM | 8 | 17–01615 | Moya v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17–01726 | FLM | 8 | 17–01734 | Royal v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17–01658 | FLN | 3 | 17–00499 | ANDREWS v. PORTFOLIO RECOVERY ASSOCIATES,LLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAS | 3 | 13–01773 | FLS | 0 | 13–61156 | Deering v. Portfolio Recovery Associates, LLC | |
| ~~CAS~~ | ~~3~~ | ~~14–00775~~ | ~~FLS~~ | ~~0~~ | ~~14–60348~~ | ~~Greengrass v. Portfolio Recovery Associates LLC~~ | Opposed 12/6/23 |
| ~~CAS~~ | ~~3~~ | ~~14–01443~~ | ~~FLS~~ | ~~0~~ | ~~14–61054~~ | ~~Bengochea v. Portfolio Recovery Associates LLC~~ | Opposed 12/6/23 |
| CAS | 3 | 15–02218 | FLS | 0 | 15–61740 | Robinson v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 16–02411 | FLS | 0 | 16–62102 | Longa v. Portfolio Recovery Associates, LLC | |
| ~~CAS~~ | ~~3~~ | ~~16–02924~~ | ~~FLS~~ | ~~0~~ | ~~16–62640~~ | ~~Mather v. Portfolio Recovery Associates, LLC et al~~ | Opposed 12/6/23 |
| CAS | 3 | 17–00291 | FLS | 0 | 17–60042 | Benjamin v. Portfolio Recovery Associates, LLC et al | |
| CAS | 3 | 13–00708 | FLS | 1 | 13–20559 | Waxman v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 14–02206 | FLS | 1 | 14–22649 | Hines v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–02217 | FLS | 1 | 15–23096 | Lawrence v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 16–00205 | FLS | 1 | 15–24381 | Delalue v. Portfolio Recovery Associates, LLC | |
| ~~CAS~~ | ~~3~~ | ~~16–03076~~ | ~~FLS~~ | ~~1~~ | ~~16–25096~~ | ~~Cutler v. Portfolio Recovery Associates, LLC~~ | Vacated 12/8/23 |
| CAS | 3 | 17–00093 | FLS | 1 | 16–25327 | Augustin v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 13–00709 | FLS | 2 | 13–14071 | Manasse v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 12–00574 | FLS | 9 | 11–80778 | Suarez et al v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 14–02393 | FLS | 9 | 14–81131 | Laurore v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–00767 | FLS | 9 | 15–80114 | Neill v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01278 | GAM | 5 | 17–00065 | CLAIBORNE v. PORTFOLIO RECOVERY ASSOCIATES LLC | |
| ~~CAS~~ | ~~3~~ | ~~11–03007~~ | ~~GAN~~ | ~~1~~ | ~~11–00624~~ | ~~Bartlett v. PRA Group, Inc.~~ | Vacated 12/8/23 |
| CAS | 3 | 16–02418 | GAN | 1 | 16–03318 | Branca v. Portfolio Recovery Associates, LLC | |
| ~~CAS~~ | ~~3~~ | ~~11–03057~~ | ~~ILN~~ | ~~1~~ | ~~11–00524~~ | ~~Frydman v. Portfolio Recovery Associates, LLC~~ | Opposed 12/6/23 |
| CAS | 3 | 13–01260 | ILN | 1 | 13–01935 | Pasquesi et al v. PRA Group, Inc. | |
| CAS | 3 | 13–02524 | ILN | 1 | 13–04648 | Momient v. Portfolio Recovery Associates LLC | |
| CAS | 3 | 14–00384 | ILN | 1 | 13–06583 | Laboy v. Portfolio Recovery Associates LLC | |
| CAS | 3 | 14–02714 | ILN | 1 | 14–07299 | Nikolov v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–01107 | ILN | 1 | 15–02765 | Rejkowski v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–02158 | ILN | 1 | 15–05663 | Winiecki v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 16–02639 | ILN | 1 | 16–08658 | Wilson v. Portfolio Recovery Associates, LLC. | |
| CAS | 3 | 17–00435 | ILN | 1 | 17–00566 | Newcomb v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–00454 | ILN | 1 | 17–00649 | Hernandez v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–00750 | ILN | 1 | 17–01806 | Wing v. Portfolio Recovery Associates LLC | |
| CAS | 3 | 17–01546 | ILN | 1 | 17–04938 | Calkins v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01661 | ILN | 1 | 17–04941 | Dillard v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–02404 | ILS | 3 | 15–00779 | Suggs v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 16–02124 | ILS | 3 | 16–00767 | Heusohn v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–00447 | INS | 4 | 17–00025 | CATHEY v. PORTFOLIO RECOVERY ASSOCIATES, LLC | |
| CAS | 3 | 17–00998 | MD | 1 | 17–01158 | Millspaugh v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 14–00777 | MIE | 2 | 14–10139 | Thompson v. Portfolio Recovery Associates, L.L.C. | |
| CAS | 3 | 16–00333 | MIE | 2 | 15–13448 | Alzner v. Portfolio Recovery Associates, LLC | |
| ~~CAS~~ | ~~3~~ | ~~13–01245~~ | ~~MIE~~ | ~~5~~ | ~~13–11870~~ | ~~Merli v. Portfolio Recovery Associates, L.L.C.~~ | Opposed 12/6/23 |
| CAS | 3 | 13–01893 | MIE | 5 | 13–13044 | Morales v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 16–00052 | MIE | 5 | 15–13397 | Gough v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 15–01308 | MIW | 1 | 15–00398 | Hinton v. Portfolio Recovery Associates, L.L.C. | |
| CAS | 3 | 17–00382 | MIW | 1 | 16–01369 | Hatfield v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01310 | MIW | 1 | 17–00043 | Vsetula v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–00621 | MIW | 1 | 17–00045 | Richards v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01311 | MIW | 1 | 17–00110 | Vance v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–00737 | MIW | 1 | 17–00179 | Bowyer v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01824 | MIW | 1 | 17–00667 | Peacock v. Portfolio Recovery Associates, LLC | |
| CAS | 3 | 17–01283 | MIW | 1 | 17–80065 | Wing v. Portfolio Recovery Associates, LLC | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 13–00391 | MIW | 2 | 12–00409 | Baker v. PRA Group, Inc. |
| CAS | 3 | 16–01446 | MN | 0 | 16–01134 | Jackson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17–00896 | MOE | 4 | 17–01344 | Nolting v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 17–00298 | MOW | 4 | 16–01285 | Kiefer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 13–00029 | NCW | 5 | 11–00136 | Hubbard v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02250 | NE | 8 | 16–00178 | Heuertz v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 14–01951 | NV | 2 | 14–01217 | Spencer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–01057 | NV | 2 | 16–00509 | Patterson v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02279 | NV | 2 | 16–01909 | Rohde v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 15–01350 | NYE | 1 | 15–02913 | Tipoo v. Portfolio Recovery Associates, LLC et al |
| CAS | 3 | 15–01109 | NYE | 2 | 15–01361 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15–01093 | NYE | 2 | 15–02415 | Jenkins v. Portfolio Recovery Associates LLC |
| CAS | 3 | 15–01822 | NYE | 2 | 15–03812 | Treshman et al v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15–02291 | NYE | 2 | 15–04089 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–02290 | NYE | 2 | 15–04090 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–02851 | NYE | 2 | 15–06697 | Jenkins v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–01019 | NYN | 6 | 15–00359 | Conine v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16–00866 | NYS | 1 | 16–00421 | Bromberg v. Portfolio Recovery Associates, L.L.C. |
| CAS | 3 | 15–01183 | NYW | 1 | 15–00245 | Sutton v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–02076 | NYW | 1 | 15–00694 | Ciesla v. Forster & Garbus, LLP. et al |
| CAS | 3 | 16–00141 | NYW | 1 | 15–01032 | Small v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 14–01305 | OHN | 3 | 14–00790 | Engels v. Portfolio Recovery Associates, LLC |
| ~~CAS~~ | ~~3~~ | ~~12–02127~~ | ~~OKE~~ | ~~6~~ | ~~12–00292~~ | ~~Lowe et al v. PRA Group, Inc.~~ Opposed 12/6/23 |
| CAS | 3 | 12–02538 | PAE | 2 | 12–05344 | Weyant v. Portfolio Recovery Associates et al |
| CAS | 3 | 12–02539 | PAE | 2 | 12–05345 | Parris v. Portfolio Recovery Associates et al |
| CAS | 3 | 17–00715 | PAM | 1 | 16–02418 | Hoover v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–00231 | PAM | 5 | 12–07246 | Bauer v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–00128 | PAW | 2 | 14–01745 | GOEHST v. PORTFOLIO RECOVERY ASSOCIATES, LLC |
| ~~CAS~~ | ~~3~~ | ~~12–01389~~ | ~~TNM~~ | ~~3~~ | ~~11–01097~~ | ~~McCormick et al v. Portfolio Recovery Associates, LLC~~ Opposed 12/6/23 |
| CAS | 3 | 15–00926 | TNM | 3 | 15–00177 | Cunningham v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–00843 | TXN | 3 | 15–00802 | Vasquez v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 16–02109 | TXN | 3 | 16–02204 | Harrington v. Portfolio Recovery Associates LLC |
| CAS | 3 | 16–02553 | TXN | 3 | 16–02404 | Terrell v. Portfolio Recovery Associates LLC |
| CAS | 3 | 13–02271 | VAE | 2 | 13–00159 | Coats v. Portfolio Recovery Associates, LLC |
| CAS | 3 | 15–00119 | VAE | 3 | 14–00865 | Miller v. Portfolio Recovery Associates, LLC. |
| CAS | 3 | 16–02544 | VAW | 7 | 16–00357 | Ornes v. Fredrickson et al |
| CAS | 3 | 14–00001 | WVS | 6 | 13–29857 | Robert v. Portfolio Recovery Associates, L.L.C. |